UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x
                                                                                     :

SPANSKI ENTERPRISES, INC.,                          :

                                              Plaintiff,            : Case No.: 10-4933 (RMB)

- against -                                                   :

TELEWIZJA POLSKA, S.A.,                            :
                                              Defendant.    :
---------------------------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Telewizja Polska, S.A. ("TVP") hereby certifies that TVP is wholly owned by the Government of Poland.

Dated: New York, New York
       January 26, 2011

                                                  DLA PIPER LLP (US)

                                                  /s/Stanley McDermott III
                                                  Stanley McDermott III
                                                  David Wenger
                                                  1251 Avenue of the Americas
                                                  New York, New York 10020-1104
                                                  Tel:  (212)335-4500
                                                  Fax: (212)884-8490
                                                  stanley.mcdermott@dlapiper.com
                                                  david.wenger@dlapiper.com

                                                  *Counsel for TVP*